IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                *

MARCYLIN Q. SHELTON                   *
                                          CASE NO. 09-35459
          Debtor                      *
*    *    *    *    *    *    *    *

MARCYLIN Q. SHELTON                   *

          Plaintiff/Movant            *

     v.                               *      Motion to Avoid Lien

CAPITAL ONE BANK NA USA               *

          Defendant/Respondent        *
*    *    *    *    *    *    *    *    *    *    *    *    *
                    ORDER AVOIDING JUDICIAL LIEN

     Upon consideration of Debtor's Motion to Avoid the Judicial

Lien of Capital One Bank NA USA, on the Debtor's Real Property,

filed herein, and for good cause shown, it is;

     ORDERED, that said Motion be, and it hereby is GRANTED; and it

is further;

     ORDERED, that judicial lien claimed by Capital One Bank NA

USA, on the Debtor's real property more particularly described as:

          BEING KNOWN AND DESIGNATED as Unit No. 270, Chalet-
     Circle West, in Building, No 20, in Olde Mill Condominium

III, Phase 16, Condominium Regime as said unit and said condominium regime are established pursuant to the declaration for Olde Mill Condominium III, and by laws for Olde Mill Condominium III, dated September 10, 1976 and recorded among the Land Records of Anne Arundel County Respectively in Liber WGL 2891, Folio 1 et seq. and 24 et seq., the condominium plat for Olde Mill Condominium III, Phase I, recorded among the Land Records of Anne Arundel County in Plat Book No. 13, Folio et seq.

Which currently has the address of 270 Chalet Drive, Millersville,

MD 21108, be, and it hereby is AVOIDED.

END OF ORDER


Copies to:

U. S. Trustee's Office
101 West Lombard Street
Suite 2625
Baltimore, MD 21201

Charles J. Broida, Esquire
5401 Twin Knolls Road, #7
Columbia, MD 21045

Capital One Bank NA USA
c/o Mitchell Rubinstein, Esquire
12 S. Summit Avenue, Suite 250
Gaithersburg, MD 20877

Capital One Bank NA USA
c/o Richard D. Fairbank
Chief Executive Officer
4851 Cox Road
Glen Allen, VA 23060